**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kenneth W Teegen; aka Kenneth William Teegen |
| Debtor 2 (Spouse, if filing) | Shirley A Teegen |
| United States Bankruptcy Court for the: | Southern District of Indiana |
| Case number | 17-91744-AKM-13 |

Official Form 410S1

# Notice of Mortgage Payment Change                 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Bungalow Series III Trust

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 2 9 4 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2021

**New total payment:** $ 972.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 293.85      New escrow payment: $ 214.99

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1 __Kenneth W Teegen__
First Name   Middle Name   Last Name

Case number (if known) __17-91744-AKM-13__

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 02/05/2021

Print: __Molly Slutsky Simons__
First Name   Middle Name   Last Name

Title __Attorney for Creditor__

Company __Sottile & Barile, Attorneys at Law__

Address __394 Wards Corner Road, Suite 180__
Number   Street

__Loveland__   __OH__   __45140__
City   State   ZIP Code

Contact phone __513-444-4100__

Email __bankruptcy@sottileandbarile.com__

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SHIRLEY A TEEGEN
9197 US HWY 50 W
MITCHELL IN 47446

Analysis Date: January 08, 2021                                                                                                      Final
Property Address: 9197 US 50 WEST RR 1 BOX 237  MITCHELL, IN 47446                                              Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Jan 2020 to Feb 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 757.80 | 757.80 |
| Escrow Payment: | 293.85 | 214.99 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,051.65 | $972.79 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2020 |
| Escrow Balance: | 192.78 |
| Anticipated Pmts to Escrow: | 1,175.40 |
| Anticipated Pmts from Escrow (-): | 248.36 |
| Anticipated Escrow Balance: | $1,119.82 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 267.26 | (562.45) |
| Jan 2020 | 214.27 | 293.85 | 125.18 | 125.02 | * | Forced Place Insur | 356.35 | (393.62) |
| Feb 2020 | 214.27 | 293.85 | 125.18 | 124.94 | * | Forced Place Insur | 445.44 | (224.71) |
| Mar 2020 | 214.27 | 293.85 | 125.18 | 124.85 | * | Forced Place Insur | 534.53 | (55.71) |
| Apr 2020 | 214.27 | 293.85 | 125.18 | 124.77 | * | Forced Place Insur | 623.62 | 113.37 |
| Apr 2020 | | | | 544.88 | * | County Tax | 623.62 | (431.51) |
| May 2020 | 214.27 | | 534.53 | | * | County Tax | 303.36 | (431.51) |
| May 2020 | | 293.85 | 125.18 | 124.69 | * | Forced Place Insur | 178.18 | (262.35) |
| Jun 2020 | 214.27 | 293.85 | 125.18 | 124.60 | * | Forced Place Insur | 267.27 | (93.10) |
| Jul 2020 | 214.27 | 293.85 | 125.18 | 124.52 | * | Forced Place Insur | 356.36 | 76.23 |
| Aug 2020 | 214.27 | | 125.18 | 124.44 | * | Forced Place Insur | 445.45 | (48.21) |
| Aug 2020 | | 525.83 | | | * | Escrow Only Payment | 445.45 | 477.62 |
| Sep 2020 | 214.27 | 293.85 | 125.18 | 124.44 | * | Forced Place Insur | 534.54 | 647.03 |
| Oct 2020 | 214.27 | 293.85 | 125.18 | 124.35 | * | Forced Place Insur | 623.63 | 816.53 |
| Oct 2020 | | | | 544.88 | * | County Tax | 623.63 | 271.65 |
| Nov 2020 | 214.27 | | 534.53 | | * | County Tax | 303.37 | 271.65 |
| Nov 2020 | | | 125.18 | 124.27 | * | Forced Place Insur | 178.19 | 147.38 |
| Dec 2020 | 214.27 | 293.85 | 125.18 | 124.27 | * | Forced Place Insur | 267.28 | 316.96 |
| Jan 2021 | | | | 124.18 | * | Forced Place Insur | 267.28 | 192.78 |
| | | | | | | Anticipated Transactions | 267.28 | 192.78 |
| Jan 2021 | | 881.55 | | 124.18 | | Forced Place Insur | | 950.15 |
| Feb 2021 | | 293.85 | | 124.18 | | Forced Place Insur | | 1,119.82 |

Page 1

$2,571.24   $4,639.73    $2,571.22   $2,937.46

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 2,571.22.  Under Federal law, your lowest monthly balance should not have exceeded 428.54 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date: January 08, 2021                                                               Final

Borrower: SHIRLEY A TEEGEN                                         Loan: 

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,119.82 | 454.10 |
| Mar 2021 | 214.99 | 124.18 | Forced Place Insur | 1,210.63 | 544.91 |
| Apr 2021 | 214.99 | 124.18 | Forced Place Insur | 1,301.44 | 635.72 |
| May 2021 | 214.99 | 544.88 | County Tax | 971.55 | 305.83 |
| May 2021 | | 124.18 | Forced Place Insur | 847.37 | 181.65 |
| Jun 2021 | 214.99 | 124.18 | Forced Place Insur | 938.18 | 272.46 |
| Jul 2021 | 214.99 | 124.18 | Forced Place Insur | 1,028.99 | 363.27 |
| Aug 2021 | 214.99 | 124.18 | Forced Place Insur | 1,119.80 | 454.08 |
| Sep 2021 | 214.99 | 124.18 | Forced Place Insur | 1,210.61 | 544.89 |
| Oct 2021 | 214.99 | 124.18 | Forced Place Insur | 1,301.42 | 635.70 |
| Nov 2021 | 214.99 | 544.88 | County Tax | 971.53 | 305.81 |
| Nov 2021 | | 124.18 | Forced Place Insur | 847.35 | 181.63 |
| Dec 2021 | 214.99 | 124.18 | Forced Place Insur | 938.16 | 272.44 |
| Jan 2022 | 214.99 | 124.18 | Forced Place Insur | 1,028.97 | 363.25 |
| Feb 2022 | 214.99 | 124.18 | Forced Place Insur | 1,119.78 | 454.06 |
| | $2,579.88 | $2,579.92 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 181.63. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 429.99 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,119.82. Your starting balance (escrow balance required) according to this analysis should be $454.10. This means you have a surplus of 665.72. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 2,579.92. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

Analysis Date: January 08, 2021                  Final
Borrower: SHIRLEY A TEEGEN        Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 214.99 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $214.99 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-91744-AKM-13 |
| Kenneth W Teegen<br> *aka* Kenneth William Teegen<br>Shirley A Teegen | Chapter 13 |
| Debtors. | Judge Andrea K. McCord |

## CERTIFICATE OF SERVICE

I certify that on February 5, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lloyd Koehler, Debtors' Counsel
    lloydkoehler@hotmail.com

    Joseph M. Black, Jr., Chapter 13 Trustee
    jmbecf@trustee13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on February 5, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Kenneth W Teegen, Debtor
    9197 US Highway 50 W
    Mitchell, IN 47446

Shirley A Teegen, Debtor
9197 US Highway 50 W
Mitchell, IN 47446

                                        Respectfully Submitted,

                                        /s/ Molly Slutsky Simons
                                        Molly Slutsky Simons (OH 0083702)
                                        Sottile & Barile, Attorneys at Law
                                        394 Wards Corner Road, Suite 180
                                        Loveland, OH 45140
                                        Phone: 513.444.4100
                                        Email: bankruptcy@sottileandbarile.com
                                        Attorney for Creditor